UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:

NANCY FUTRELL NEVILLE                                    No. 20-50595
Chapter 7

Debtor

## NOTICE OF DEBTOR'S ADDRESS CHANGE

The address listed on the Voluntary Petition for Debtor, Nancy Futrell Neville, has recently

changed. The new address is:

301 S. 9th St. Apt. 1506
Paducah, KY 42003


/s/ TODD A. FARMER
Todd A. Farmer
FARMER & WRIGHT, PLLC
4975 Alben Barkley Drive, Suite 1
P.O. Box 7766
Paducah, KY 42002-7766
(270) 443-4431
Fax: (270) 443-4631


## NOTICE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically and mailed to those creditors
not listed as having electronic service on December 21, 2020.


/s/ TODD A. FARMER
Todd A. Farmer